JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOSE LUNA LUNA,
    a/k/a "Juan Luna,"
    a/k/a "Luis Fernandez,"

    Defendant.

- - - - - - - - - - - - - - - - - - x

**07 CRIM 571**

INDICTMENT

07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 2 2007

COUNT ONE

The Grand Jury charges:

On or about May 11, 2007, in the Southern District of New York, JOSE LUNA LUNA, a/k/a "Juan Luna," a/k/a "Luis Fernandez," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported, and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 29, 1997, in New York State Supreme Court, Bronx County, for criminal sale of a controlled substance in the third degree, in violation of New York Penal Law Section 220.39, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) and (b)(2).)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE LUNA LUNA,
a/k/a "Juan Luna,"
a/k/a "Luis Fernandez,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Charles L. A[illegible]*
Foreperson.

*6/22/07 - Filed Indictment. Case assigned to Judge Jones.*

*Eaton, J. U.S.M.J. HL*